# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

### ELKINS DIVISION

REGAL COAL, INC., et al.,

        Plaintiffs,

v.                                              CIVIL ACTION NO. 2:03-cv-00090

DOMINICK LAROSA, et al.,

        Defendants.

### ORDER

It appearing to the Court that the issues in this case have been resolved and the case has been stricken from the docket of this Court, it is therefore **ORDERED** that the bond posted by the plaintiff Regal Coal, Inc. and Virgil D. Larosa, in this matter in the amount of thirty-five thousand dollars ($35,000) be released by the Clerk and forwarded to counsel for Mr. Larosa: Robert L. Greer, P.O. Box 4338, Clarksburg, WV 26302.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                        ENTER:        February 27, 2008

                                                Joseph R. Goodwin, Chief Judge