# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## ELKINS DIVISION

REGAL COAL, INC., et al.,

            Plaintiffs,

v.                                    CIVIL ACTION NO. 2:03-cv-00090

DOMINICK LAROSA, et al.,

            Defendants.

## JUDGMENT ORDER

The court **ORDERS** that judgment be entered in accordance with the attached Memorandum Opinion and Final Award of the Arbitration Panel, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:     March 11, 2008

                              Joseph R. Goodwin, Chief Judge